Hamill v Hamill (2023 NY Slip Op 04081)

Hamill v Hamill

2023 NY Slip Op 04081

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

585 CA 23-00576

[*1]CHRISTOPHER HAMILL, PLAINTIFF-RESPONDENT,
v
PHYLLIS HAMILL AND TRACEY DIEHL, DEFENDANTS-APPELLANTS. (APPEAL NO. 2.) 

HAGERTY & BRADY, BUFFALO (DANIEL JOSEPH BRADY OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
RUPP PFALZGRAF LLC, BUFFALO (JAMES GRABER OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Dennis E. Ward, J.), entered November 29, 2022. The order, inter alia, denied a motion to dismiss the complaint and for sanctions. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Hamill v Hamill ([appeal No. 1] — AD3d — [July 28, 2023] [4th Dept 2023]).
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court